**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NORA HRUSKA, individually, and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> POWER HOME REMODELING GROUP, LLC, <br><br> Defendant. | Case No. 1:20-cv-01143 <br><br> Honorable Jorge L. Alonso |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that NORA HRUSKA ("Plaintiff") and POWER HOME REMODELING GROUP, LLC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: December 3, 2020

Respectfully submitted,

**NORA HRUSKA**

By: */s/ Majdi Y. Hijazin*
Majdi Y. Hijazin, *Of Counsel*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8181
mhijazin@hijazinlaw.com