# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORA HRUSKA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>POWER HOME REMODELING GROUP, LLC,<br><br>    Defendant. | Case No. 1:20-cv-01143 |

## STIPULATION OF DISMISSAL

NOW COMES Plaintiff, NORA HRUSKA ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant, POWER HOME REMODELING GROUP, LLC ("Defendant"), and pursuant to FRCP 41, submit this Stipulation of Dismissal, and in support state:

1. Pursuant to settlement, Plaintiff dismisses her individual claims with prejudice; and

2. Pursuant to this Stipulation of Dismissal, the parties stipulate that each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| DATED: January 29, 2021 | Respectfully submitted, |
| */s/ James C. Vlahakis*<br>James C. Vlahakis<br>Majdi Y. Hijazin, *Of Counsel*<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>jvlahakis@sulaimanlaw.com<br>mhijazin@hijazinlaw.com<br>*Counsel for Plaintiff* | */s/ Ezra D. Church (with consent)*<br>Ezra D. Church (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel. 215.963.5000<br>Fax 215.963.5001<br>Ezra.Church@morganlewis.com<br><br>Tyler Z. Zmick<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094 |

                                      Tel. 312.324.1188
                                      Fax 312.324.1001
                                      Tyler.Zmick@morganlewis.com
                                      *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                        */s/ James C. Vlahakis*
                                        James C. Vlahakis, Esq.